**Electronically Filed
Supreme Court
SCWC-13-0001498
08-JAN-2015
03:52 PM**

SCWC-13-0001498

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DORINDA HAMILTON,
Petitioner and Respondent/Plaintiff-Appellant/Cross-Appellee.

vs.

DAVID HAMILTON,
Petitioner and Respondent/Defendant-Appellee/Cross-Appellant,

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0001498; FC-D NO. 10-1-163K)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.

The applications for writ of certiorari filed on November 24, 2014 by Petitioner and Respondent/Plaintiff-Appellant/Cross-Appellee Dorinda Hamilton and Petitioner and Respondent/Defendant-Appellee/Cross-Appellant David Hamilton, are hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, January 8, 2015.

Peter Van Name Esser &          /s/ Mark E. Recktenwald
Michael S. Zola
for Dorinda Hamilton            /s/ Paula A. Nakayama

Rebecca A. Copeland            /s/ Sabrina S. McKenna
for David Hamilton

                                /s/ Richard W. Pollack

                                /s/ Michael D. Wilson

